UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRIE M. WRIGHT,

    Plaintiff,

v.                                           CASE NO: 8:06-cv-43-T-26TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Thomas G. Wilson (Dkt. 25) in which he recommends that Defendant's decision denying Plaintiff's claim for Social Security disability benefits be affirmed. Plaintiff has filed objections raising only one challenge to the Report and Recommendation: Whether Judge Wilson improperly determined that the Administrative Law Judge correctly discounted the opinion of Dr. Jeanne M. McGregor.

The Court, consistent with the dictates of Eleventh Circuit precedent, has undertaken a *de novo* review of the record with regard to Plaintiff's objection and a "clear error" review with respect to findings to which there was no objection. See, e.g., Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 (11th Cir. 2006). After doing so, the Court is of the opinion that the Report and Recommendation is due to be approved in its entirety.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of United States Magistrate Judge Thomas G. Wilson is approved in all respects and made a part of this order for all purposes.

2) Defendant's decision denying Plaintiff's claim for Social Security benefits is affirmed.

3) The clerk is directed to enter judgment for Defendant and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on May 14, 2007.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record